*Thursday, May 30.*

---

THE STATE, on the relation of GREENE *v.* MANERS.

A prosecution for surety of the peace is a criminal proceeding, and where the act authorizing such prosecutions is silent, the criminal practice governs.

APPEAL from the *Owen* Common Pleas.

*Per Curiam.*—A prosecution for surety of the peace is a criminal prosecution. 4 Blacks. Comm. 251; *The State* v. *Abrams*, 4 Blackf. 440.

The practice, therefore, in criminal cases governs, where

*Thursday, May 30.*

May Term,
1861.

MATLOCK
v.
THE INDIANA,
&c. RAILROAD
Co.

the act authorizing such prosecutions is silent upon a point of practice under it.

The judgment is affirmed, with costs.

*A. T. Rose*, for the appellant.

*F. J. Brown*, for the appellee.

The judgment is affirmed, with costs.